**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Charlie Jacob Sammis  
1012 Stepplechase Road  
Wilmington, NC 28412

CASE NO.: 17–04639–5–SWH

DATE FILED: September 21, 2017

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Charlie Jacob Sammis has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Charlie Jacob Sammis file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Charlie Jacob Sammis and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: January 24, 2018

Stephani W. Humrickhouse  
United States Bankruptcy Judge